United States District Court
Southern District of Texas
**ENTERED**
July 29, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JON Q. ROGERS, § | | |
| SPN # 03232011, § | | |
| § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| VS. § | CIVIL ACTION NO. 4:25-2534 | |
| § | | |
| HARRIS COUNTY JAIL, § | | |
| § | | |
| Defendant. § | | |

## MEMORANDUM OPINION AND ORDER

Plaintiff Jon Q. Rogers is detained in the Harris County Jail. He has not paid the filing fee and seeks leave to proceed *in forma pauperis*.

On June 16, 2025, the Clerk issued a notice of deficient pleading (Dkt. 5) instructing the plaintiff that, within thirty days, he was required to submit a certified inmate trust-fund account statement for the six-month period before he filed the complaint. The notice warned the plaintiff that failure to comply could lead to dismissal of his case under Federal Rule of Civil Procedure 41(b). The plaintiff's deadline for compliance was July 16, 2025.

On June 30, 2025, the plaintiff filed a consent to proceed before a magistrate judge. However, to date, the plaintiff has not submitted the trust-fund account statement or otherwise responded to the Clerk's notice.

Under the inherent powers necessarily vested in a district court to manage its own affairs, the Court determines that dismissal for want of prosecution is appropriate. *See* FED. R. CIV. P. 41(b); *Gates v. Strain*, 885 F.3d 874 (5th Cir. 2018); *Nottingham v. Warden, Bill*

*Clements Unit*, 837 F.3d 438, 440–41 (5th Cir. 2016) (a district court may dismiss an action *sua sponte* for failure to prosecute an action or to comply with court orders). Relief from this order may be granted if the plaintiff makes a proper showing under Rule 60(b) of the Federal Rules of Civil Procedure. At a minimum, a proper showing under Rule 60(b) requires compliance with all past instructions, including submission of certified inmate trust-fund account statement.

The Court **ORDERS** that this case is **DISMISSED without prejudice**. All pending motions are **DENIED as moot**.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on _____July 28_____, 2025.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE